**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOHN H. EPPICK,

Plaintiff,

v.

ST. PAUL COMPANIES, et al.,

Defendants.

Civil No. 01-823 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Paul J. Lukas, NICHOLS KASTER & ANDERSON, 80 South Eighth Street, Suite 4644, Minneapolis, MN 55402, for plaintiff.

Andrew J. Voss & Marko J. Mrkonich, LITTLER MENDELSON, 33 Sixth Street South, Suite 3110, Minneapolis, MN 55402-3720, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 19, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED MAR 1 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK